# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **SABAL TRAIL TRANSMISSION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**5.12 ACRES OF LAND, MORE OR LESS, IN MITCHELL COUNTY, GEORGIA,**<br><br>and<br><br>**JAMES EDWIN BELL, II; ROBERT ADAMS BELL; JIM H. ANDREWS, GEORGIA DEPARTMENT OF REVENUE and MITCHELL COUNTY,**<br><br>Defendants. | CIVIL ACTION FILE NO. 4:16-cv-00113-CDL |

## ORDER FOR RELEASE AND RETURN OF SECURITY BOND

Plaintiff Sabal Trail Transmission, LLC ("Sabal Trail") has filed a Motion for Release and Return of Security Bond (the "Motion") in this case. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The security bond posted in this case is hereby released, and the Court directs the Clerk of the Court to return the original security bond to counsel for Sabal Trail at the following address: Andrew S. Koelz, Hunton Andrews Kurth LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, GA 30308-2216.

**IT IS SO ORDERED**, this 19th day of November, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA